UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DEAN MONACO**,                                                  Case No. 3:14-cv-00617-KI

                Plaintiff,                                 JUDGMENT

    v.

**CAROLYN W. COLVIN, Acting
Commissioner of Social Security**,

             Defendant.

     George J. Wall
     1336 East Burnside Street, Suite 130
     Portland, OR 97214

          Attorney for Plaintiff

     S. Amanda Marshall
     United States Attorney
     District of Oregon
     Ronald K. Silver
     Assistant United States Attorney
     1000 SW Third Avenue, Suite 600
     Portland, OR 97201-2902

Catherine Escobar
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075

      Attorneys for Defendant


KING, Judge:

      Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the

Commissioner is affirmed and this case is dismissed.

      IT IS SO ORDERED.

      DATED this   12th   day of May, 2015.


               /s/ Garr M. King
              Garr M. King
              United States District Judge


Page 2 - JUDGMENT